# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | |
| ) Case No. 21-mj-00202-STV | |
| JONATHAN ROOKS, ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: From in or about at least March 2021 to the present, in the State and District of Colorado, JONATHAN ROOKS violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Possession with intent to distribute and distribution of a controlled substance |
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

x   Continued on attached sheet.

*/s Derek Backus*
*Complainant's signature*

Inspector Derek Backus, USPIS
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: December 9, 2021

*Judge's signature*

City and state:  Denver, Colorado

Scott T. Varholak, U.S. Magistrate judge
*Printed name and title*