| | |
|---|---|
| DEFENDANT: | JONATHAN ROOKS |
| YOB/AGE: | 1985 |
| COMPLAINT FILED? | _____ Yes   ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

| OFFENSE(S): | 21 U.S.C. § 841(a)(1) & (b)(1)(B) | Possession with intent to distribute/Distribution of a controlled substance |
|---|---|---|
| | 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |

| | |
|---|---|
| LOCATION OF OFFENSE: | Jefferson County, Colorado |

| PENALTY: | 21 U.S.C. § 841(a)(1) & (b)(1)(B) | NLT 5 yrs imprisonment; NMT 40 yrs imprisonment, NMT $5,000,000 fine or both; NMT life yrs SR; $100 SA |
|---|---|---|
| | 18 U.S.C. § 922(g)(1) | NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |

| | |
|---|---|
| AGENT: | USPIS Inspector Derek Backus |
| AUTHORIZED BY: | AUSA Andrea Surratt |

ESTIMATED TIME OF TRIAL:   __x__ five days or less   ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.