IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00202-STV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## NOTICE OF APPEARANCE

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on December 13, 2021, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Andrea L. Surratt, Assistant United States Attorney
  E-mail: andrea.surratt@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Jonathan Rooks (via U.S. mail)

            s/ David E. Johnson
            DAVID E. JOHNSON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            David_johnson@fd.org
            Attorney for Defendant