AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 DEC 14  PM 3:08

JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   21-mj-00202-STV ———— DEP. CLK |
| | ) | |
| JONATHAN ROOKS, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay JONATHAN ROOKS who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) & (b)(1)(B)   Possession with intent to distribute and distribution of a controlled substance
18 U.S.C. § 922(g)(1)   Prohibited Person in Possession of Firearm/Ammunition

Date:  December 9, 2021

*Issuing officer's signature*

City and state:   Denver, CO

Scott T. Varholak, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-10-2021   , and the person was arrested on *(date)* at *(city and state)* 12-10-2021, DENVER, CO |
| Date: 12-10-2021 |

*Arresting officer's signature*

DEREK BALLS, POSTAL INSPECTOR
*Printed name and title*